IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY G. PREWITT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALGREENS COMPANY, | : | No. 11-02393 |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 25th day of September, 2012, upon consideration of Plaintiff's Motion to Amend the Complaint (Doc. No. 24), and all Responses and Replies thereto, it is hereby ORDERED that the Motion is **GRANTED in part and DENIED in part** as follows:

1. Plaintiff's motion to amend the Complaint to include a claim of age discrimination under the PHRA is **GRANTED**;

2. Plaintiff's motion to amend the Complaint to include a claim for retaliatory discharge under the ADEA and the PHRA as it relates to the Plaintiff's claim of age discrimination is **GRANTED**;

3. Plaintiff's motion to amend the Complaint to include claims for religious and disability discrimination under the PHRA is **DENIED**;

4. Plaintiff's motion to amend the Complaint to include claims for religious and disability discrimination under Title VII is **DENIED**;

5. Plaintiff's motion to amend the Complaint to include a claim for wrongful discharge under the Pennsylvania Constitution is **DENIED**; and

6. Plaintiff's motion to amend the Complaint to include claims for retaliatory

   discharge under Title VII and the PHRA as it relates to Plaintiffs proposed

   claims of religious and disability discrimination is **DENIED**.


                                        BY THE COURT:


                                        /s/LAWRENCE F. STENGEL
                                        LAWRENCE F. STENGEL, J.