# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY G. PREWITT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALGREENS COMPANY, | : | No. 11-02393 |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 2nd day of December, 2013, upon consideration of the plaintiff's motion to compel attorney-client communications (Doc. No. 46) and responses thereto, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.