# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY G. PREWITT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALGREENS COMPANY, | : | No. 11-02393 |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 19th day of February, 2015, upon consideration of the defendant's motion for summary judgment (Doc. No. 57) and all responses thereto, it is hereby **ORDERED** that summary judgment is **GRANTED** in favor of the defendant and against the plaintiff, in accordance with the accompanying memorandum.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.